CATHARINE A. HILL, as Executrix of GEORGE W. HILL, Deceased, Respondent, *v.* DWIGHT S. CHAMBERLAIN et al., Appellants.

*Hill* v. *Chamberlain*, 64 App. Div. 609, affirmed.
(Submitted March 5, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 8, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thad. Collins, Jr.,* and *Dwight S. Chamberlain* for appellants.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.